UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case Nos. 3:13-cr-00056-MMD-CLB |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ROSENDO SALGADO, | |
| Defendant. | |

Defendant Rosendo Salgado was indicted on three counts: (1) conspiracy to possess methamphetamine with the intent to distribute in violation of 21 U.S.C. § 841 and § 846; (2) conspiring to launder money in violation of 18 U.S.C. § 1956; and (3) illegal use of a communication facility in violation of 21 U.S.C. § 843. (ECF No. 4.) The jury found Salgado guilty on all three counts. (ECF No. 75.) The Court sentenced Salgado to 235 months as to counts 1 and 2, and 48 months as to count 3—to run concurrently to counts 1 and 2. (ECF No. 81.) Before the Court is Salgado's *pro se* motion for a sentence reduction under 18 U.S.C. § 3582(c) ("Motion"), seeking a retroactive sentencing reduction under United States Sentencing Commission Guideline Amendment 821 ("Amendment 821"), Part B. (ECF No. 128 ("Motion").) The Federal Public Defender for the District of Nevada ("FPD") filed a Notice of Non-Eligibility ("Notice") under the Court's Second Amended General Order 2023-09 ("GO 2023-09").[1] (ECF No. 132.) The Notice indicates that Salgado is not eligible for a sentencing reduction because he received an aggravating role adjustment under U.S.S.G. § 3B1.1. (*Id.*) After a review of the records,

---

[1] GO 2023-09 presumptively appoints the FPD to represent any defendant who qualifies for appointment of counsel to determine whether that defendant qualifies for retroactive relief under Amendment 821. The General Order establishes a process for the FPD to review a *pro se* motion for sentencing reduction, including informing the Court and the defendant whether the defendant is eligible for a sentencing reduction.

including the Presentence Investigation Report, the Court finds that Salgado is not eligible for a sentencing reduction and denies the Motion.

Part B, Subpart 1 of Amendment 821 creates new Chapter Four guidelines at § 4C1.1, decreasing by two the offense levels for a defendant who did not receive any criminal history points and whose pertinent offense did not involve specific aggravating factors. But here, Salgado's offense involved a specific aggravating role, resulting in 2-level enhancement, under U.S.S.G. § 3B1.1. *See* U.S.S.G. § 4C1.1(a)(10) (disqualifying defendants who received "an adjustment under § 3B1.1 (Aggravating Role)"). The Court applied the aggravating role enhancement (as leader, organizer) at the sentencing hearing, overruling Salgado's objection. (ECF No. 90 at 13-15.) Accordingly, Salgado does not qualify for a sentencing reduction.

For the foregoing reasons, the Court denies Salgado's motion for a sentence reduction (ECF No. 128).

DATED THIS 28th Day of August 2024.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE